IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VALENTINE B. ANDELA** | : | CIVIL ACTION |
| v. | : | |
| **ADMINISTRATIVE OFFICE OF THE U.S. COURTS, et al.** | : | NO. 13-865 |
| | : | |

### O R D E R

AND NOW, this 30th day of April, 2013, for the reasons discussed in the Court's Memorandum, IT IS ORDERED that:

1. Plaintiff's motion to proceed <u>in forma pauperis</u> (Document No. 3) is GRANTED.

2. Plaintiff's claims against the Administrative Office of the U.S. Courts, the U.S. Department of Education - Office of Civil Rights, and the "Unknown Named Officials in their Individual Capacities" are DISMISSED with prejudice.

3. Plaintiff's claims against the U.S. Equal Employment Opportunity Commission are DISMISSED with prejudice, except for his claim under the Freedom of Information Act.

4. The Clerk of Court shall file the complaint and issue a summons for the U.S. Equal Employment Opportunity Commission.

5. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons and the complaint upon the U.S. Equal Employment Opportunity Commission at no cost to the plaintiff.

**BY THE COURT:**

**s/J. Curtis Joyner**
**J. CURTIS JOYNER, Ch. J.**