**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
VALENTINE B. ANDELA                       :
                                          :
                Plaintiff,                :
                                          :
    v.                                    :
                                          :
ADMINISTRATIVE OFFICE OF THE              :  CIVIL CASE NO.
U.S. COURTS,                              :  13-CV-0865
U.S. EQUAL EMPLOYMENT OPPORTUNITY         :
COMMISSION, U.S. DEPARTMENT OF            :
EDUCATION - OFFICE                        :
OF CIVIL RIGHTS, and UNKNOWN              :
NAMED OFFICIALS IN THEIR                  :
INDIVIDUAL CAPACITIES,                    :
                                          :
                Defendants.               :
```

**ORDER**

AND NOW, this 20th day of February, 2014, upon consideration of Defendant EEOC's Motion for Summary Judgment (Doc. No. 34), Plaintiff's Motion for Summary Judgment (Doc. No. 37), and Plaintiff's Unopposed Motion for Nunc Pro Tunc Relief (Doc. No. 38), it is hereby ORDERED as follows:

1. Plaintiff's Motion for Nunc Pro Tunc Relief / Motion to File Pretrial Memorandum is GRANTED.

2. Defendant EEOC's Motion for Summary Judgment is GRANTED. Plaintiff's Motion for Summary Judgment is DENIED. Plaintiff's claim against Defendant EEOC is DISMISSED with prejudice.

```
                                  BY THE COURT:


                                  s/J. Curtis Joyner
                                  J. CURTIS JOYNER, J.
```